

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07CV4443**
**JUDGE COAR**
**MAG. JUDGE NOLAN**

In the Matter of

McDONALD'S CORPORATION, and DIC ENTERTAINMENT CORPORATION,
v.
CHINA RETAIL MANAGEMENT LIMITED,
CORNERSTONE OVERSEAS INVESTMENT LIMITED

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

McDonald's Corporation, and DIC Entertainment Corporation, Plaintiffs

**FILED**
AUG - 7 2007
AUG. 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | JONATHAN C. BUNGE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Jack C.B. |
| FIRM | KIRKLAND & ELLIS LLP |
| STREET ADDRESS | 200 E. RANDOLPH DR. |
| CITY/STATE/ZIP | CHICAGO |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6202603 |
| TELEPHONE NUMBER | 312-861-2256 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☑   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☑   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐