JH

FILED
AUG - 7 2007
AUG. 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| McDONALD'S CORPORATION, a Delaware Corporation, and DIC ENTERTAINMENT CORPORATION, a Delaware Corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CHINA RETAIL MANAGEMENT LIMITED, organized under the laws of British Virgin Islands, CORNERSTONE OVERSEAS INVESTMENT LIMITED, organized under the laws of British Virgin Islands,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　07CV4443<br>)　JUDGE COAR<br>)　MAG. JUDGE NOLAN<br>)<br>)<br>)<br>)<br>) |

### DISCLOSURE STATEMENT

Pursuant to Rule 3.2 of the Local Rules for the United States District Court for the Northern District of Illinois, and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff McDonald's Corporation ("McDonald's) states as follows:

1.　McDonald's has no parent corporation; and

2.　No publicly held company owns 10% or more of McDonald's stock.

Respectfully submitted,

_____
Jonathan C. Bunge (ARDC #6202603)
David E. Grassmick (ARDC #6277563)
Ashley J. Burden (ARDC #6285840)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200
*Attorneys for Plaintiffs McDonald's Corporation and DIC Entertainment Corporation*

Dated: August 7, 2007

## CERTIFICATE OF SERVICE

     David E. Grassmick, one of the Attorneys for Plaintiffs McDonald's Corporation and DIC Entertainment Corporation, hereby certifies that he did cause a true and correct copy of the foregoing Disclosure Statement to be served upon the following by United States Mail with postage prepaid on August 7, 2007:

        China Retail Management Limited
        Chinachem Golden Plaza
        77 Mody Road, Floor UG2, Room UG202
        Tsimashatsui East
        Kowloon
        Hong Kong

        Cornerstone Overseas Investment Limited
        Chinachem Golden Plaza
        77 Mody Road, Floor UG2, Room UG202
        Tsimashatsui East
        Kowloon
        Hong Kong, China

_/s/ David E. Grassmick_
David E. Grassmick