IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG - 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| McDONALD'S CORPORATION, a Delaware Corporation, and DIC ENTERTAINMENT CORPORATION, a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHINA RETAIL MANAGEMENT LIMITED, organized under the laws of British Virgin Islands, CORNERSTONE OVERSEAS INVESTMENT LIMITED, organized under the laws of British Virgin Islands,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) 07CV4443<br>) JUDGE COAR<br>) MAG. JUDGE NOLAN<br>)<br>)<br>)<br>)<br>) |

## DISCLOSURE STATEMENT

Pursuant to Rule 3.2 of the Local Rules for the United States District Court for the Northern District of Illinois, and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff DIC Entertainment Corporation ("DIC") states that the following shareholders own more than 5% of DIC:

1. Andy Hayward

2. Perry Capital, LLC

3. Cyrte Investments BV

Respectfully submitted,

*[signature]*

Jonathan C. Bunge (ARDC #6202603)
David E. Grassmick (ARDC #6277563)
Ashley J. Burden (ARDC #6285840)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:(312) 861-2000
Facsimile: (312) 861-2200
*Attorneys for Plaintiffs McDonald's Corporation
and DIC Entertainment Corporation*

Dated:  August 7, 2007