# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **McDONALD'S CORPORATION, a Delaware Corporation, and DIC ENTERTAINMENT CORPORATION, a Delaware Corporation,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**CHINA RETAIL MANAGEMENT LIMITED, organized under the laws of British Virgin Islands, CORNERSTONE OVERSEAS INVESTMENT LIMITED, organized under the laws of British Virgin Islands,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>**Defendants.** )<br>) | **Case No. 07 C 4443**<br><br>**Judge David H. Coar**<br><br>**Magistrate Judge Nan R. Nolan** |

## McDONALD'S CORPORATION'S
## SUPPLEMENTAL DISCLOSURE STATEMENT

Pursuant to Rule 3.2 of the Local Rules for the United States District Court for the Northern District of Illinois, Plaintiff McDonald's Corporation ("McDonald's) states that as of December 31, 2006 the following entities owned 5% or more of McDonald's stock:

1. Axa; and

2. Dodge & Cox.

Respectfully submitted,

**s/ David E. Grassmick**
Jonathan C. Bunge (ARDC #6202603)
David E. Grassmick (ARDC #6277563)
Ashley J. Burden (ARDC #6285840)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-2000
Facsimile:   (312) 861-2200
*Attorneys for Plaintiff McDonald's Corporation*

Dated:  August 10, 2007

**CERTIFICATE OF SERVICE**

      David E. Grassmick, one of the Attorneys for Plaintiff McDonald's Corporation, hereby certifies that on August 10, 2007, he did cause a true and correct copy of the foregoing McDonald's Corporation's Supplemental Disclosure Statement to be filed pursuant to the Court's CM/ECF System, and further states that he shall comply with Local Rule 5.5 as to the following, who are not Filing Users, by serving the foregoing by United States Mail with postage prepaid on August 10, 2007:

        China Retail Management Limited
        Room UG202, Floor UG2
        Chinachem Golden Plaza
        77 Mody Road, Floor, Tsimshatsui East
        Kowloon, Hong Kong
        China

        Cornerstone Overseas Investment Limited
        Room UG202, Floor UG2
        Chinachem Golden Plaza
        77 Mody Road, Floor, Tsimshatsui East
        Kowloon, Hong Kong
        China

        Steven C. Nelson
        Dorsey & Whitney LLP
        88 Queensway
        One Pacific Place, Suite 3008
        Hong Kong
        China

        **s/ David E. Grassmick**
        David E. Grassmick