# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 07C 4443

McDONALD'S CORPORATION, et al. v.

CHINA RETAIL MANAGEMENT LIMITED, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, McDonald's Corporation and DIC Entertainment Corporation



FILED
AUG 16 2007 NR

| | |
|---|---|
| NAME (Type or print) <br> Ashley John Burden | **MICHAEL W. DOBBINS** <br> **CLERK, U.S. DISTRICT COURT** |

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ [signature]

FIRM
Kirkland & Ellis

STREET ADDRESS
200 E. Randolph Drive, 59th Floor

CITY/STATE/ZIP
Chicago, IL 60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6285840 | TELEPHONE NUMBER <br> 312-469-7008 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐