IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| McDONALD'S CORPORATION, a Delaware Corporation, and DIC ENTERTAINMENT CORPORATION, a Delaware Corporation,<br><br>          Plaintiffs,<br>v.<br><br>CHINA RETAIL MANAGEMENT LIMITED, organized under the laws of British Virgin Islands, CORNERSTONE OVERSEAS INVESTMENT LIMITED, organized under the laws of British Virgin Islands,<br><br>          Defendants. | Case No. 07C 4443<br><br>Judge David H. Coar<br><br>Magistrate Judge Nan R. Nolan |

## NOTICE OF FILING

To:    Thomas P. Swigert
         Dorsey & Whitney
         Suite 1500
         50 South Sixth St.
         Minneapolis, MN
         55402-1498

      Please take notice that on Tuesday, September 18, 2007, Plaintiffs McDonald's Corporation and DIC Entertainment Corporation caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn St., Chicago, Illinois 60604, Plaintiffs' Notice of Voluntary Dismissal Without Prejudice, a copy of which is attached and herewith served upon you.

Date:   September 18, 2007        Respectfully submitted,

                                        **/s Ashley J. Burden**
                                        Jonathan C. Bunge
                                        David E. Grassmick
                                        Ashley J. Burden
                                        KIRKLAND & ELLIS LLP
                                        200 East Randolph Drive
                                        Chicago, Illinois 60601
                                        Telephone:  312-861-2000
                                        Facsimile:   312-861-2200

                                        *Attorneys for Plaintiffs McDonald's Corporation*
                                        *and DIC Entertainment Corporation*

## CERTIFICATE OF SERVICE

The undersigned, one of the Attorneys for Plaintiffs, hereby certifies that on September 18, 2007, he did cause a true and correct copy of the foregoing Notice of Filing and attached Notice of Voluntary Dismissal Without Prejudice to be filed electronically pursuant to the Court's CM/ECF System, and further states that he shall comply with Local Rule 5.5 as to the following, who are not Filing Users, by serving the foregoing by Federal Express Overnight Mail and Facsimile:

> Thomas P. Swigert
> Dorsey & Whitney
> Suite 1500
> 50 South Sixth St.
> Minneapolis, MN
> 55402-1498
> Facsimile: 612-340-2868

/s Ashley J. Burden
Ashley J. Burden

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| McDONALD'S CORPORATION, a Delaware Corporation, and DIC ENTERTAINMENT CORPORATION, a Delaware Corporation,<br><br>                 Plaintiffs,<br>v.<br><br>CHINA RETAIL MANAGEMENT LIMITED, organized under the laws of British Virgin Islands, CORNERSTONE OVERSEAS INVESTMENT LIMITED, organized under the laws of British Virgin Islands,<br><br>                 Defendants. | Case No. 07C 4443<br><br>Judge David H. Coar<br><br>Magistrate Judge Nan R. Nolan |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs McDonald's Corporation and DIC Entertainment Corporation, by their undersigned attorneys, hereby give notice in accordance with Rule 41(a)(1), Federal Rules of Civil Procedure, of the voluntary dismissal of the above-titled action without order of the Court as to both Defendants, China Retail Management Limited and Cornerstone Overseas Investment Limited. Such dismissal is without prejudice and is not on the merits. Plaintiffs state that no answer or motion for summary judgment has been received by counsel for Plaintiffs with respect to this action. Nor has any court of the United States or of any state previously dismissed any action based on or including the same claims as presented by Plaintiffs in their complaint herein.

Date:   September 18, 2007            Respectfully submitted,

/s Ashley J. Burden
Jonathan C. Bunge
David E. Grassmick
Ashley J. Burden
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  312-861-2000
Facsimile:   312-861-2200

*Attorneys for Plaintiffs McDonald's Corporation and DIC Entertainment Corporation*

2