## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 4443 | **DATE** | 10/1/2007 |
| **CASE TITLE** | McDonald's Corporation vs. China Retail Management, Ltd, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the notice of dismissal [13], this action is dismissed. Civil case termianted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

Dockets.Justia.com